# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TERESA POWERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. CIV-10-1072-F |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF THE SOCIAL ) | |
| SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

United States Magistrate Judge Valerie K. Couch issued a Report and Recommendation on October 12, 2011, wherein she recommended that defendant's decision denying plaintiff's application for supplemental security income benefits be reversed and remanded for further administrative proceedings. Magistrate Judge Couch advised the parties of their right to file specific written objections to the Report and Recommendation on or before November 2, 2011 and that failure to make timely objection waives the right to appellate review of the factual and legal issues therein addressed.

To date, the court has not received any objection to the Report and Recommendation. Likewise, it has not received any application for an extension of time to file an objection. With no objection being filed within the time prescribed by Magistrate Judge Couch, the court accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Valerie K. Couch, on October 12, 2011 (doc. no. 15), is

**ACCEPTED**, **ADOPTED** and **AFFIRMED**.  The decision of defendant, Michael J. Astrue, Commissioner of the Social Security Administration, denying the application of plaintiff, Teresa Powers, for supplemental security income benefits is **REVERSED** and **REMANDED** for further administrative proceedings.

DATED November 4, 2011.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

10-1072p002.wpd